# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THE SUCCESSION OF MICHAEL                    NO.    2021 CW 1618
WAYNE FACIANE, SR.
                                             **MARCH 14, 2022**

---

In Re:    Paula Faciane, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          2020-31098.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT NOT CONSIDERED.**  Relator failed to provide a copy of
the pertinent court minutes in violation of Uniform Rules of
Louisiana Courts of Appeal, Rule 4-5(C)(10).  The court further
requires that relator provide a copy of the transcript of the
hearing on September 22, 2021, if a new application is filed.

   Supplementation of this writ application and/ or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

   In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation,
including documentation to show that the original writ
application was timely, the missing items noted above, and must
comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-
12.2.  Any new application must be filed on or before April 13,
2022 and must contain a copy of this ruling.

                              **JMG**
                              **GH**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn̂_

---

DEPUTY CLERK OF COURT
   FOR THE COURT